**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BARRY D. DANIELS II,**
**TRACY L. CARD,**

                **Plaintiffs,**

**-vs-**                              **Case No.  6:06-cv-193-Orl-18KRS**

**FEDERAL EMERGENCY**
**MANAGEMENT AGENCY,**
**DEPARTMENT OF HOMELAND**
**SECURITY,**
**FEMA LONG TERM RELIEF OFFICE**
**(ORLANDO DIVISION),**
                **Defendants.**
_____

## ORDER

This matter is before the Court on the motion of the Plaintiffs, Barry D. Daniels II and

Tracy L. Card, for a Temporary Restraining Order.

**It is ORDERED THAT**:

(1) the Plaintiffs' Motion for a Temporary Restraining Order (Doc. 7) is GRANTED.  The

Defendants are prohibited from evicting the Plaintiffs from the FEMA trailer and from removing

the FEMA trailer, which is located at 3035 Orange Tree Drive, Edgewater, Florida, until further

order of the Court;

(2) the Plaintiffs are to obtain immediate service of process upon the Defendants of all

filings Plaintiffs have made with the Court, and to comply with all provisions of Local Rule

4.05(b)(5); and

Dockets.Justia.com

(3) a hearing is scheduled for this matter on Monday, February 27, 2006 at 10:00 A.M., at which time the Defendants shall have an opportunity to respond.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 17, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party